UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUN 25 2026 PM2:47
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

CASE NO. 8:26-cr-227-TPB-AEP

TROYANOSKY LOTHARI JONES JR

18 U.S.C. § 1704
(Stolen Postal Key)
18 U.S.C. § 1708
(Attempted Mail Theft)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 5, 2026, in the Middle District of Florida, the defendant,

TROYANOSKY LOTHARI JONES JR,

did knowingly and unlawfully possess a key suited to any lock adopted by the Post

Office Department and the United States Postal Service and in use on an authorized

receptacle for the deposit and delivery of mail matter, with the intent to unlawfully or

improperly use and dispose of the same.

In violation of 18 U.S.C. § 1704.

## COUNT TWO

On or about June 5, 2026, in the Middle District of Florida, the defendant,

TROYANOSKY LOTHARI JONES JR,

did knowingly attempt to steal, take, and abstract mail from and out of a United States

Post Service collection box.

In violation of 18 U.S.C. § 1708.

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Karyna Valdes
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

3

FORM OBD-34

June 26

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## TROYANOSKY LOTHARI JONES JR

### INDICTMENT

Violations: 18 U.S.C. § 1704, 18 U.S.C. § 1708

A true bill,

_____

Foreperson

Filed in open court this 25th day

of June 2026.

_____
Clerk

Bail $_____

GPO 863 525