**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-227-TPB-AEP | **DATE:** | July 10, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROYANOSKY LOTHARI JONES | | **LANGUAGE:** | n/a |
| | | **GOVERNMENT COUNSEL**<br>Karyna Valdes AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME**  10:01 to 10:03 | **TOTAL:**  2 min | **PRETRIAL** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS:   ARRAIGNMENT ON INDICTMENT - TELEPHONIC**

DEFENDANT NOT PRESENT.

Waiver of presence at arraignment filed by defendant.

STATUS CONFERENCE:   August 24, 2026 at 9:30 am
TRIAL TERM:   September trial term beginning week of August 31

Oral motion for discovery.   Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).

Referred to Magistrate Judge Porcelli for Pretrial Discovery Order.

PRE TRIAL DISCOVERY ORDER to be electronically filed