**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                                    **Case No. 8:26-cr-227-TPB-AEP**

**TROYANOSKY JONES, JR.**
_____ /

**<u>UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL</u>**
**<u>RELEASE TO PERMIT LIMITED TRAVEL TO TALLAHASSEE</u>**

Troyanosky Jones, Jr., through undersigned counsel, files this unopposed motion to modify his conditions of pretrial release to permit limited travel by car to Tallahassee, Florida, for Florida State University's 2026 home football games so that he may support his brother during his freshman season. As grounds in support, Mr. Jones states:

1. Mr. Jones is charged in a one-count Indictment with possession of a stolen United States Postal Service key and possession of stolen United States mail, in violation of 18 U.S.C. §§ 1704 and 1708. Doc. 15.

2. Mr. Jones made his initial appearance on June 5, 2026, before the Honorable Judge Sansone and was released on bond. Doc. 7.

3. Mr. Jones has remained compliant with his conditions of release. Doc. 7.

4. This matter is currently set for the September 2026 trial term. Doc. 24.

5. Mr. Jones's brother, Darryon Williams, is a freshman wide receiver for

Florida State University. This is Mr. Williams's first year at FSU.

6. Mr. Jones has long supported his brother's football career. Being present for his brother's first season at FSU is important to Mr. Jones, and Mr. Williams values his brother's presence and support.

7. Mr. Jones requests permission to attend only the seven FSU home games in Tallahassee during the 2026 regular season. For each game, Mr. Jones will travel by car to Tallahassee the day before the game, stay at 501 Chapel Drive, Apartment 418, Tallahassee, Florida 32304, and return home the day after the game. The requested games and travel windows are as follows:

- New Mexico State: August 28-30
- SMU: September 6-8
- Central Arkansas: September 25-27
- Virginia: October 2-4
- Clemson: Oct. 30-Nov. 1
- NC State: November 20-22
- Florida: November 26-28

8. The requested travel is limited to home games in Tallahassee, which is within the Northern District of Florida. Mr. Jones is not requesting permission to attend any away game. He will provide his itinerary to Pretrial Services in advance, comply with all instructions from Pretrial Services, and remain subject to every other condition of release. No trip will interfere with a court appearance or other obligation in this case.

9. Undersigned counsel has conferred with Assistant United States Attorney Karyna Valdes, who states that the government defers to Pretrial Services on this request.

10. Defense counsel has conferred with the assigned Pretrial Services Officer Gabrielle McCoy, who has no objection to the requested travel so long as the defendant provides all necessary information in advance as proposed in the motion and that Mr. Jones adheres to all other conditions of release.

## **MEMORANDUM OF LAW**

Pursuant to 18 U.S.C. § 3142(c)(3), "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." The requested modification is narrow, identifies the dates, destination, transportation, and lodging for each trip, and leaves all other conditions of release in place.

WHEREFORE, Defendant Troyanosky Jones, Jr., respectfully requests that the Court modify his conditions of pretrial release to permit him to travel by car to Tallahassee, Florida, for the seven FSU home games and associated travel windows identified above, subject to the advance notice and instructions of Pretrial Services and all other existing conditions of release.

DATED this 10th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to:

Karyna Valdes, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender