**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v. **Case No. 8:26-cr-227-TPB-AEP**

**TROYANOSKY JONES, JR.**
_______________________________________ /

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE CURFEW REQUIREMENT**

Troyanosky Jones, Jr., through undersigned counsel, files this motion to modify his conditions of pretrial release to remove the requirement that he abide by a curfew. Mr. Jones is not requesting removal of GPS location monitoring, and he will remain subject to GPS monitoring and all other existing conditions of release. As grounds in support, Mr. Jones states:

1. Mr. Jones is charged in a two-count Indictment with possession of a stolen United States Postal Service key, in violation of 18 U.S.C. § 1704, and attempted mail theft, in violation of 18 U.S.C. § 1708. Doc. 15.
2. Mr. Jones made his initial appearance on June 5, 2026, before the Honorable Amanda Arnold Sansone and was released on bond. Doc. 7. The Court subsequently entered its Order Setting Conditions of Release. Doc. 12.

3. As part of his current conditions of release, Mr. Jones is subject to GPS location monitoring and a curfew.
4. Defense counsel is aware that Mr. Jones was recently stopped and cited for driving while his license was suspended without his knowledge. Driving while a license is suspended without knowledge is a noncriminal moving violation under Florida law. See Fla. Stat. § 322.34(1).
5. Mr. Jones was unaware that his license was suspended. Upon learning of the issue, he immediately took the steps necessary to remedy his license status within 24 hours of the citation. Mr. Jones now has a valid Florida driver license.
6. Mr. Jones respectfully requests that the Court remove the curfew requirement from his conditions of release. The requested modification is limited to the curfew condition. Mr. Jones is not requesting that GPS location monitoring be removed, and he will remain subject to GPS monitoring and every other existing condition imposed by the Court.
7. Continued GPS monitoring will permit Pretrial Services to monitor Mr. Jones's location without requiring him to remain at his residence during particular hours. In light of his continued supervision, the noncriminal nature of the recent traffic citation, his immediate correction of the

license issue, and the continued GPS monitoring, Mr. Jones submits that a curfew is no longer necessary to reasonably assure his appearance and compliance with the Court's conditions.

8. Undersigned counsel has conferred with Assistant United States Attorney Karyna Valdes, who opposes the requested modification.

9. Defense counsel has also conferred with assigned Pretrial Services Officer Gabrielle McCoy, who has no objection to removing the curfew requirement while maintaining stand-alone GPS monitoring and all other existing conditions of release.

**MEMORANDUM OF LAW**

Pursuant to 18 U.S.C. § 3142(c)(3), "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." The requested modification is narrow. Mr. Jones seeks only removal of the curfew requirement. GPS location monitoring and all other conditions imposed by the Court will remain in place.

WHEREFORE, Defendant Troyanosky Jones, Jr., respectfully requests that the Court modify his conditions of pretrial release to remove the curfew requirement while maintaining GPS location monitoring and all other existing conditions of release.

DATED this 8th day of September 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to:

Karyna Valdes, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender